D. RANDY WINNER
Action Bankruptcy Center, P.C.
410 Central Avenue, Suite 606
Great Falls, Montana 59401
Telephone: (406) 761-3636
Fax: (406) 216-2111
rwinner3636@gmail.com
State Bar I.D. No. 2836

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>**MADDI LYNN PETROSKY,**<br><br>Debtor | **Case No. 2:26-bk-20244-BPH**<br><br>**STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)** |

Pursuant to Mont. LBR 4002-1(e), the undersigned hereby provides this Statement of Domestic Support Obligations, as defined in 11 U.S.C. § 101(14A).

1. Debtor's name: Maddi Lynn Petrosky
2. Does Debtor have a domestic support obligation: ___yes _X__no. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.
3. Debtor's employer and employer's address: __None______________________________
4. Name, address, phone number, employer's name, and address of employer for any person responsible with the Debtor for the support:
   ______________________________________________________________
   ______________________________________________________________
5. Name, address and phone number for the holder of the claim of support:
   ______________________________________________________________
   ______________________________________________________________

[If the Debtor does not know the whereabouts of the former spouse, this fact should be affirmatively stated above, but the address for the support collection agency must be provided.]

AS OF THE DATE OF FILING OF THE BANKRUPTCY PETITION:

1. Amount of support obligation: $_________ per ______________ [i.e. month, week, etc.]
2. Term of support obligation: from __________________until _______________________
3. Amount that the domestic support obligation is in arrears: $ ________________________
4. Court name and jurisdiction in which order of support was issued:
5. Court Case No. ______________________
6. Name and address of State Child Support Enforcement Agency involved in such claim:

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| /s/MADDI LYNN PETROSKY | October 9, 2026 |
| MADDI LYNN PETROSKY | Date |
| Debtor | |

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571