Red Fox Bar and Grill
4020 Lake Helena Dr
Helena MT 59602-5615

Pay Stub Detail
PAY DATE: 10/05/2026
NET PAY: $91.13

Maddi L. Petrosky
1025 Mendocino Dr
Helena MT 59601

**EMPLOYER**
Red Fox Bar and Grill
4020 Lake Helena Dr
Helena MT 59602-5615

**EMPLOYEE**
Maddi L. Petrosky
1025 Mendocino Dr
Helena MT 59601

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 09/25/2026 |
| Period Ending: | 10/01/2026 |
| Pay Date: | 10/05/2026 |
| Total Hours: | 9.34 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Cash Tips | 32.20 | 2,924.17 |
| Qualified OT Tracking | 0.00 | 37.97 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|

| | |
|---|---|
| **NET PAY:** | **$91.13** |
| Acct#....7097: | $91.13 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 9.34 | 10.85 | 101.34 | 2,307.49 |
| Overtime Pay | - | 16.28 | 0.00 | 113.96 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 21.65 |
| Social Security | 8.28 | 331.43 |
| Medicare | 1.93 | 77.51 |
| MT Income Tax | 0.00 | 9.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $101.34 | $2,421.45 |
| Taxes | $10.21 | $439.59 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$91.13**

Red Fox Bar and Grill
4020 Lake Helena Dr
Helena MT 59602-5615

Pay Stub Detail
PAY DATE: 09/28/2026
NET PAY: $210.20

Maddi L. Petrosky
1025 Mendocino Dr
Helena MT 59601

**EMPLOYER**
Red Fox Bar and Grill
4020 Lake Helena Dr
Helena MT 59602-5615

**EMPLOYEE**
Maddi L. Petrosky
1025 Mendocino Dr
Helena MT 59601

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 09/18/2026 |
| Period Ending: | 09/24/2026 |
| Pay Date: | 09/28/2026 |
| Total Hours: | 24.50 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Cash Tips | 289.84 | 2,891.97 |
| Qualified OT Tracking | 0.00 | 37.97 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|

| | |
|---|---|
| **NET PAY:** | **$210.20** |
| Acct#....7097: | $210.20 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 24.50 | 10.85 | 265.83 | 2,206.15 |
| Overtime Pay | - | 16.28 | 0.00 | 113.96 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 9.12 | 21.65 |
| Social Security | 34.45 | 323.15 |
| Medicare | 8.06 | 75.58 |
| MT Income Tax | 4.00 | 9.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $265.83 | $2,320.11 |
| Taxes | $55.63 | $429.38 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$210.20**

Red Fox Bar and Grill
4020 Lake Helena Dr
Helena MT 59602-5615

Pay Stub Detail
PAY DATE: 09/21/2026
NET PAY: $211.02

Maddi L. Petrosky
1025 Mendocino Dr
Helena MT 59601

**EMPLOYER**
Red Fox Bar and Grill
4020 Lake Helena Dr
Helena MT 59602-5615

**EMPLOYEE**
Maddi L. Petrosky
1025 Mendocino Dr
Helena MT 59601

| PAY PERIOD | |
|---|---|
| Period Beginning | 09/11/2026 |
| Period Ending: | 09/17/2026 |
| Pay Date: | 09/21/2026 |
| Total Hours: | 22.81 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Cash Tips | 222.24 | 2,602.13 |
| Qualified OT Tracking | 0.00 | 37.97 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|

**NET PAY:** **$211.02**
Acct#....7097: $211.02

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 22.81 | 10.85 | 247.49 | 1,940.32 |
| Overtime Pay | - | 16.28 | 0.00 | 113.96 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.53 | 12.53 |
| Social Security | 29.13 | 288.70 |
| Medicare | 6.81 | 67.52 |
| MT Income Tax | 0.00 | 5.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $247.49 | $2,054.28 |
| Taxes | $36.47 | $373.75 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$211.02**

Red Fox Bar and Grill
4020 Lake Helena Dr
Helena MT 59602-5615

Pay Stub Detail
PAY DATE: 09/14/2026
NET PAY: $182.46

Maddi L. Petrosky
1025 Mendocino Dr
Helena MT 59601

**EMPLOYER**
Red Fox Bar and Grill
4020 Lake Helena Dr
Helena MT 59602-5615

**EMPLOYEE**
Maddi L. Petrosky
1025 Mendocino Dr
Helena MT 59601

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 09/04/2026 |
| Period Ending: | 09/10/2026 |
| Pay Date: | 09/14/2026 |
| Total Hours: | 19.69 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Cash Tips | 255.01 | 2,379.89 |
| Qualified OT Tracking | 6.18 | 37.97 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|

| | |
|---|---|
| **NET PAY:** | **$182.46** |
| Acct#....7097: | $182.46 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 18.55 | 10.85 | 201.27 | 1,692.83 |
| Overtime Pay | 1.14 | 16.28 | 18.56 | 113.96 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 1.04 | 12.00 |
| Social Security | 29.44 | 259.57 |
| Medicare | 6.89 | 60.71 |
| MT Income Tax | 0.00 | 5.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $219.83 | $1,806.79 |
| Taxes | $37.37 | $337.28 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$182.46**

Red Fox Bar and Grill
4020 Lake Helena Dr
Helena MT 59602-5615

Pay Stub Detail
PAY DATE: 09/07/2026
NET PAY: $198.82

Maddi L. Petrosky
1025 Mendocino Dr
Helena MT 59601

**EMPLOYER**
Red Fox Bar and Grill
4020 Lake Helena Dr
Helena MT 59602-5615

**EMPLOYEE**
Maddi L. Petrosky
1025 Mendocino Dr
Helena MT 59601

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 08/28/2026 |
| Period Ending: | 09/03/2026 |
| Pay Date: | 09/07/2026 |
| Total Hours: | 23.24 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Cash Tips | 290.50 | 2,124.88 |
| Qualified OT Tracking | 0.00 | 31.79 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|

| | |
|---|---|
| **NET PAY:** | **$198.82** |
| Acct#....7097: | $198.82 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 23.24 | 10.85 | 252.15 | 1,491.56 |
| Overtime Pay | - | 16.28 | 0.00 | 95.40 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 7.82 | 10.96 |
| Social Security | 33.64 | 230.13 |
| Medicare | 7.87 | 53.82 |
| MT Income Tax | 4.00 | 5.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $252.15 | $1,586.96 |
| Taxes | $53.33 | $299.91 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$198.82**

Red Fox Bar and Grill
4020 Lake Helena Dr
Helena MT 59602-5615

Pay Stub Detail
PAY DATE: 08/31/2026
NET PAY: $103.07

Maddi L. Petrosky
1025 Mendocino Dr
Helena MT 59601

**EMPLOYER**
Red Fox Bar and Grill
4020 Lake Helena Dr
Helena MT 59602-5615

**EMPLOYEE**
Maddi L. Petrosky
1025 Mendocino Dr
Helena MT 59601

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 08/21/2026 |
| Period Ending: | 08/27/2026 |
| Pay Date: | 08/31/2026 |
| Total Hours: | 11.36 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Cash Tips | 140.75 | 1,834.38 |
| Qualified OT Tracking | 0.00 | 31.79 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|

| | |
|---|---|
| **NET PAY:** | **$103.07** |
| Acct#....7097: | $103.07 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 11.36 | 10.85 | 123.26 | 1,239.41 |
| Overtime Pay | - | 16.28 | 0.00 | 95.40 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 3.14 |
| Social Security | 16.37 | 196.49 |
| Medicare | 3.82 | 45.95 |
| MT Income Tax | 0.00 | 1.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $123.26 | $1,334.81 |
| Taxes | $20.19 | $246.58 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$103.07**

Red Fox Bar and Grill
4020 Lake Helena Dr
Helena MT 59602-5615

Pay Stub Detail
PAY DATE: 08/24/2026
NET PAY: $52.17

Maddi L. Petrosky
1025 Mendocino Dr
Helena MT 59601

**EMPLOYER**
Red Fox Bar and Grill
4020 Lake Helena Dr
Helena MT 59602-5615

**EMPLOYEE**
Maddi L. Petrosky
1025 Mendocino Dr
Helena MT 59601

| PAY PERIOD | |
|---|---|
| Period Beginning | 08/14/2026 |
| Period Ending: | 08/20/2026 |
| Pay Date: | 08/24/2026 |
| Total Hours: | 5.73 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Cash Tips | 68.57 | 1,693.63 |
| Qualified OT Tracking | 0.00 | 31.79 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|

| NET PAY: | $52.17 |
|---|---|
| Acct#....7097: | $52.17 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 5.73 | 10.85 | 62.17 | 1,116.15 |
| Overtime Pay | - | 16.28 | 0.00 | 95.40 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 3.14 |
| Social Security | 8.10 | 180.12 |
| Medicare | 1.90 | 42.13 |
| MT Income Tax | 0.00 | 1.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $62.17 | $1,211.55 |
| Taxes | $10.00 | $226.39 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$52.17**

Red Fox Bar and Grill
4020 Lake Helena Dr
Helena MT 59602-5615

Pay Stub Detail
PAY DATE: 08/17/2026
NET PAY: $101.58

Maddi L. Petrosky
1025 Mendocino Dr
Helena MT 59601

**EMPLOYER**
Red Fox Bar and Grill
4020 Lake Helena Dr
Helena MT 59602-5615

**EMPLOYEE**
Maddi L. Petrosky
1025 Mendocino Dr
Helena MT 59601

| PAY PERIOD | |
|---|---|
| Period Beginning | 08/07/2026 |
| Period Ending: | 08/13/2026 |
| Pay Date: | 08/17/2026 |
| Total Hours: | 11.18 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Cash Tips | 136.29 | 1,625.06 |
| Qualified OT Tracking | 0.00 | 31.79 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|

| | |
|---|---|
| **NET PAY:** | **$101.58** |
| Acct#....7097: | $101.58 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 11.18 | 10.85 | 121.30 | 1,053.98 |
| Overtime Pay | - | 16.28 | 0.00 | 95.40 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 3.14 |
| Social Security | 15.98 | 172.02 |
| Medicare | 3.74 | 40.23 |
| MT Income Tax | 0.00 | 1.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $121.30 | $1,149.38 |
| Taxes | $19.72 | $216.39 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$101.58**

Red Fox Bar and Grill
4020 Lake Helena Dr
Helena MT 59602-5615

Pay Stub Detail
PAY DATE: 08/10/2026
NET PAY: $41.20

Maddi L. Petrosky
1025 Mendocino Dr
Helena MT 59601

**EMPLOYER**
Red Fox Bar and Grill
4020 Lake Helena Dr
Helena MT 59602-5615

**EMPLOYEE**
Maddi L. Petrosky
1025 Mendocino Dr
Helena MT 59601

| PAY PERIOD | |
|---|---|
| Period Beginning | 07/31/2026 |
| Period Ending: | 08/06/2026 |
| Pay Date: | 08/10/2026 |
| Total Hours: | 5.09 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Cash Tips | 128.24 | 1,488.77 |
| Qualified OT Tracking | 0.00 | 31.79 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|

| NET PAY: | **$41.20** |
|---|---|
| Acct#....7097: | $41.20 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 5.09 | 10.85 | 55.23 | 932.68 |
| Overtime Pay | - | 16.28 | 0.00 | 95.40 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 3.14 |
| Social Security | 11.37 | 156.04 |
| Medicare | 2.66 | 36.49 |
| MT Income Tax | 0.00 | 1.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $55.23 | $1,028.08 |
| Taxes | $14.03 | $196.67 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$41.20**