American Coradius International LLC
2420 Sweet Home Rd, Suite 150
Buffalo, NY 14228

American Express
PO Box 297800
Fort Lauderdale, FL 33329-7800

ARS National Services, Inc.
PO Box 469100
Escondido, CA 92046-9100

Billing Systems/Credit Systems Inc.
PO Box 875
Helena, MT 59624

Brown & Jospeh, LLC
One Pierce Place, Ste. 700 W
Itasca, IL 60143

Citi
P.O. Box 6077
Sioux Falls, SD 57117

Coast Professional, Inc.
PO Box 425
Geneseo, NY 14454

Credit Associates, Inc.
1308 12th Ave South
P.O. Box 6099
Great Falls, MT 59403

First Source Advantage LLC
PO Box 628
Buffalo, NY 14240

Horizon Credit Union
PO Box 15128
Spokane, WA 99215-5128

IRS
P.O. Box 7346
Philadelphia, PA 19101

Jared Walton
6630 Danas Point Drive
Helena, MT 59602

Loancare LLC
3637 Sentara Way
Virginia Beach, VA 23452

MDOR
Attn: Bankruptcy Dept.
P.O. Box 7701
Helena, MT 59604

Montana Propane
3440 Centennial Drive
Helena, MT 59601

Mountain Currants
PO Box 6022
Helena, MT 59604

Rocky Mountain Prof. Solutions
PO Box 875
Helena, MT 59624

The CBE Group, Inc.
PO Box 2217
Waterloo, IA 50704-2217

The Thomas Family Trust of 2023
1630 Wilder Ave
Helena, MT 59601

Transworld Systems, Inc.
PO Box 15130
Wilmington, DE 19850

USAA Federal Savings Bank
PO Box 25145
Lehigh Valley, PA 18002-5145